UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOLEEN DELGADO,

Plaintiff,

-against-

KEVIN F. RUSSO; JAKE SISCO; RONALD
WARD; RONALD V. DECAPRIO; STATE
OF NEW YORK,

Defendants.

25-cv-1947 (KMW)

CIVIL JUDGMENT

For the reasons stated in the November 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 10, 2026
           New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge